In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-06-033 CV


____________________



LON CLARKE RUCKEL, Appellant



V.



DEBORAH DENIESE RUCKEL, Appellee






On Appeal from the 1-A District Court


Jasper County, Texas


Trial Cause No. 20971






MEMORANDUM OPINION


 Lon Clarke Ruckel appealed an order denying his motion to clarify a qualified
domestic relations order and ordering him to pay attorney's fees to the opposing party, 
Deborah Deniese Ruckel Yates. The appeal was submitted without briefs because the
appellant failed to file his brief by September 20, 2006, the due date on the final extension
granted for filing a brief. See Tex. R. App. P. 38.6(a), (d). On January 11, 2007, we notified
the parties that the appeal would be advanced without oral argument. See Tex. R. App. P.
39.9. In the absence of a brief assigning error, we dismiss the appeal for want of prosecution.
See Tex. R. App. P. 38.8(a)(1).

 APPEAL DISMISSED.




 _______________________________

 STEVE McKEITHEN

 Chief Justice




Submitted on February 1, 2007

Opinion Delivered February 8, 2007


Before McKeithen, C.J., Kreger and Horton, JJ.